UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　　Plaintiff,<br>　　v.<br>FCA REALTY LLC, et al.,<br>　　　　　Defendants. | Case No.  21-cv-02344-SVK<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

　　　Having reviewed Plaintiff's response to the order to show cause (Dkt. 11), the Court hereby **CONTINUES** the OSC hearing, currently scheduled for June 22, 2021, to **July 27, 2021 at 11:00 a.m.**  A dismissal or further response to the OSC must be filed by **July 20, 2021.**  No further continuances will be granted.

　　　**SO ORDERED.**

Dated: June 16, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge